IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:05-cv-4051-JPG |
| | ) |
| SCHWERDTFEGER DAIRY FARM, | ) |
| HOWARD M. SCHWERDTFEGER, | ) |
| ROBERT A. SCHWERDTFEGER, and BOB | ) |
| DENTON, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the Motions for Extension of time filed by the defendants, Schwerdtfeger Dairy Farm, Howard M. Schwerdtfeger, and Robert A. Schwerdtfeger (Docs. 6, 7, and 8). The motions are **GRANTED IN PART**.

The Schwerdtfeger defendants seek an extension of 120 days to file a responsive pleading to the complaint. This is an inordinately extended period of time for these defendants to secure counsel, especially as these defendants did not avoid the unnecessary cost of formal service. The Court will grant these defendants until October 11, 2005 to file a responsive pleading.

The Court further reminds the individual defendants that they **MAY NOT** represent the corporate defendant, the farm, before this Court unless they are attorneys licensed to practice law. While this Court has considered the motion for an extension of time filed by the farm, it is unsigned and appears to have been drafted by Howard M. Schwerdtfeger. This is improper practice for future motions or pleadings filed on behalf of the farm. Federal Rule of Civil Procedure 11(a) requires the signature of an attorney of record or a party. As a corporate party must be represented by counsel, the signature of a non-attorney is unacceptable.

For the reasons set forth above, the Motions for Extension of time filed by the defendants, Schwerdtfeger Dairy Farm, Howard M. Schwerdtfeger, and Robert A. Schwerdtfeger are **GRANTED IN PART** (Docs. 6, 7, and 8).  The Schwerdtfeger defendants shall file a responsive pleading by October 11, 2005.

**DATED: August 11, 2005**

**s/ Donald G. Wilkerson**
**DONALD G. WILKERSON**
**United States Magistrate Judge**