IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.05-4051-JPG |
| ) | |
| SCHWERDTFEGER DAIRY FARM et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

This matter having come before the Court on the United States' motion to dismiss, and the Court having made its decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that the United States' claims in this case against Schwerdtfeger Dairy Farm, Howard M. Schwerdtfeger, Robert A. Schwerdtfeger and Bob Denton are **DISMISSED WITHOUT PREJUDICE**.

**DATED: March 20, 2007.**

                                    **NORBERT G. JAWORSKI, CLERK**

                                    **By:s/Deborah Agans, Deputy Clerk**

**APPROVED:   s/ J. Phil Gilbert**
            **J. PHIL GILBERT**
            **U.S. District Judge**